IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-307-BR

| | | |
|---|---|---|
| SANDRA KAY NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NATIONSTAR MORTGAGE LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On 25 August 2016, defendants Nationstar Mortgage LLC and U.S. Bank National Association filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). (DE # 3.) On 31 August 2016, the other defendants, Grady I. Ingle and Elizabeth B. Ells, filed a motion to dismiss pursuant to Rule 12(b)(6). (DE # 10.) On 19 September 2016, plaintiff filed an amended complaint. (DE # 16.) The amended complaint supersedes the original complaint. See Dykes v. Portfolio Recovery Assocs., LLC, 306 F.R.D. 529, 530 (E.D. Va. 2015) ("It is well settled that an amended pleading supersedes the original, and motions directed at superseded pleadings must be denied as moot." (citations omitted)). Accordingly, defendants' motions to dismiss (DE ## 3, 10) are DENIED as moot.

This 4 October 2016.

_____
W. Earl Britt
Senior U.S. District Judge