UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| Sandra Kay Nelson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| ) | |
| Nationstar Mortgage LLC, ) | No. 7:16-CV-307-BR |
| U.S. Bank National Association, ) | |
| As Indenture Trustee for Springleaf Mortgage Loan ) | |
| Trust 2013-2, and Grady I. Ingle ) | |
| and Elizabeth B. Ells, in Their Capacity as ) | |
| Substitute Trustee, ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt on the 3 October 2016 motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendants' motion to dismiss is GRANTED as to plaintiff's claims under RESPA and the Garn-St. Germain Act. The court declines to exercise supplemental jurisdiction over plaintiff's remaining state law claims, and this matter is REMANDED to the Superior Court of North Carolina, Onslow County for further proceedings.

**This judgment filed and entered on March 28, 2017, and served on:**

Anne J. Randall (via CM/ECF Notice of Electronic Filing)
Christopher B. Karlsson (via CM/ECF Notice of Electronic Filing)
Jason K. Purser (via CM/ECF Notice of Electronic Filing)

March 28, 2017

PETER A. MOORE, JR, CLERK OF COURT

By: Deputy Clerk